IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| ARLIS R. WILLIAMS, et al., | ) |
|     Plaintiffs, | ) Case No. 3:17-cv-00149 |
| v. | ) JUDGE WALTER H. RICE |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
|     Defendant. | ) |

### AGREED ENTRY REMANDING CASE TO STATE COURT

The parties have stipulated that the maximum recovery Plaintiffs may collectively make in this case is Seventy-Five Thousand Dollars and No/Cents ($75,000.00). The parties further agree, and this Court finds, that diversity jurisdiction is now lacking and therefore this case should be remanded to the Greene County, Ohio, Common Pleas Court. The Clerk of this Court is hereby ordered to effect a transfer of the case to the Greene County Common Pleas Court.

DATE: 5-22-17

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

APPROVED BY:

/s/ Stephen G. Whetstone
STEPHEN G. WHETSTONE (0088666)
Post Office Box 6
2 N. Main Street, Unit 2
Thornville, Ohio 43076
(740) 785-7730  FAX: (740) 205-8898
steve@whetstonelegal.com
Trial Counsel for Plaintiffs

/s/ Mark H. Gams
MARK H. GAMS     (0025362)
GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL L.L.P.
471 East Broad Street, 19th Floor
Columbus, Ohio 43215-3872
(614) 228-5151  FAX: (614) 228-0032
mgams@ggptl.com
Trial Counsel for Defendant,
State Farm Fire & Casualty Company

mhg\200719\pl 08 kh